15 So.2d 921

**Roland BEASLEY v. STATE.**
**8 Div. 364.**

Court of Appeals of Alabama.
Oct. 5, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

12 So.2d 868

**Pete BENSON v. STATE.**
**7 Div. 711.**

Court of Appeals of Alabama.
Jan. 19, 1943.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, want of prosecution.

12 So.2d 869

**Pete BENSON v. STATE.**
**7 Div. 719.**

Court of Appeals of Alabama.
Jan. 19, 1943.

Wm. N. McQueen, Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed, motion of appellant.

12 So.2d 869

**Pete BENSON v. STATE.**
**7 Div. 720.**

Court of Appeals of Alabama.
Jan. 19, 1943.

Wm. N. McQueen, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed, motion of appellant.

18 So.2d 878

**Edna Lee BILBREW v. STATE.**
**6 Div. 64.**

Court of Appeals of Alabama.
May 23, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

20 So.2d 891

**Herman BLAKE v. STATE.**
**5 Div. 204.**

Court of Appeals of Alabama.
Jan. 9, 1945.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.